# In the United States Court of Federal Claims

AARON CORBIN MAZIE,

          Plaintiff,

   v.

THE UNITED STATES,

          Defendant.

No. 26-cv-102
(Filed: March 11, 2026)

## ORDER

On February 18, 2026, the Court ordered Plaintiff, Mr. Aaron Corbin Mazie ("Mr. Mazie"), to either pay the filing fee or file a proper motion to proceed in forma pauperis ("IFP") using this Court's IFP form by March 6, 2026. ECF No. 7. The Court attached a blank IFP form. *Id.* The Court stated that if Mr. Mazie did not pay the filing fee or file a proper motion to proceed IFP, the Complaint would be dismissed for failure to prosecute. *Id.* Mr. Mazie has not paid the filing fee or filed a proper motion to proceed IFP. "If the plaintiff fails to prosecute or to comply with these rules or a court order, the court may dismiss on its own motion . . . ." Rules of the Court of Federal Claims, Rule 41(b). Dismissal is the appropriate sanction where a plaintiff is "warned that its complaint was in danger of dismissal but failed to comply with court orders." *Koopmann v. United States*, No. 2021-1746, 2022 WL 1073341, at *3 (Fed. Cir. Apr. 11, 2022). For those reasons, the Court hereby **DISMISSES** Plaintiff's Complaint, ECF No. 1, **without prejudice** for failure to prosecute under Rule 41(b). The Court **REJECTS** the deficient filings in this case and directs the Clerk's office to reject all future deficient filings in this case. The Clerk of Court shall enter **JUDGMENT** accordingly.

     **IT IS SO ORDERED.**

 

ROBIN M. MERIWEATHER
Judge